Anthony DeFazio
302985 / 573351B
Northern State Prison
168 Frontage Road
Post Office Box 2300
Newark, New Jersey 07114
**Plaintiff, *Pro-Se***

## UNITED STATES DISTRICT COURT
### District of New Jersey

| | |
|---|---|
| Anthony DeFazio, on behalf of himself and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> Jpay, Inc., <br><br> Defendant. | Civil No.: 2:17-cv-10212 (KM)(SCM) <br><br> ORDER ON MOTION (ECF. No. 51) <br> **CIVIL ACTION** <br><br> **MOTION TO VOLUNTARILY DISMISS AND STRIKE THE COMPLAINT WITH PREJUDICE DUE TO SETTLEMENT AGREEMENT BETWEEN THE PARTIES** |

**PLEASE TAKE NOTICE** that as soon he may be heard, the undersigned Plaintiff, ***pro se***, will move before the United States District Court, Newark, New Jersey for an Order granting plaintiff's motion for a voluntary dismissal and to dismiss ~~strike~~ the plaintiff's complaint and amended complaint with prejudice based on a settlement agreement between the parties.

In support of this motion, plaintiff will rely upon the annexed certification.

Motion (ECF. No. 51) is granted. The Clerk shall administratively terminate Motion to dismiss (ECF No. 40) and close this case.

Dated: August 15, 2018

SO ORDERED

_Kevin McNulty_, U.S.D.J.

Date: 08/22/18

Anthony DeFazio
Plaintiff, *pro-se*